IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN PAGENKOPF,

                Plaintiff,

v.                                              ORDER

                                                           25-cv-594-jdp

BRANDON MORRIS and JOHN DOE,

                Defendants.

---

Plaintiff Steven Pagenkopf, proceeding without counsel, alleges that he was sexually assaulted by his cellmate at Racine Correctional Institution and that defendant prison staff placed him with that cellmate despite knowing that the cellmate was a known sexual-assault risk and that Pagenkopf's autism and mental disabilities categorized him as a vulnerable inmate under DOC policies. I granted Pagenkopf leave to proceed on claims under the Eighth Amendment. Dkt. 9.

Pagenkopf now moves for voluntary dismissal, stating that he wishes to refile the case after he finds a lawyer. Dkt. 17. After a defendant has filed an answer, Federal Rule of Civil Procedure 41(a)(2) provides that the action may be dismissed by the plaintiff "only by court order, on terms that the court considers proper." Defendant Brandon Morris states that he does not oppose the motion. I will grant Pagenkopf's motion and dismiss the case without prejudice. But as Morris states in his response, if Pagenkopf files a new lawsuit about these events, Morris may ask the court to order Pagenkopf to pay his costs incurred in defending the first lawsuit.  *See* Fed. R. Civ. P. 41(d).

ORDER

IT IS ORDERED that:

1. Plaintiff's motion to voluntarily dismiss the case, Dkt. 17, is GRANTED.

2. The clerk of court is directed to close the case.

Entered February 2, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge